IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VANCE WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cv-1212-MJR-DGW |
| | ) | |
| MARC HODGE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for case management purposes.  On December 17, 2013, District Judge Michael J. Reagan issued an Order (Doc. 20) directing Plaintiff to pay an initial partial filing fee of $21.04.  As of the date of this Order, that initial partial filing fee has not been paid.  Plaintiff is hereby **ORDERED** to pay the initial partial filing fee by March 21, 2014 or **SHOW CAUSE**, in writing by that date, why such payment has not and cannot be made.  If Plaintiff elects to show cause, he must attach a Prisoner Trust Fund Account Statement from the date of the complaint November 22, 2013 to the present.  Plaintiff is **WARNED** that the failure to pay the initial filing fee or show cause by the deadline may result in dismissal of this matter for failure to prosecute, the failure to comply with 28 U.S.C. § 1915(b)(1), and the Orders of this Court.

**IT IS SO ORDERED.**

**DATED: February 20, 2014**

                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**