IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VANCE WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cv-1212-NJR-DGW |
| | ) | |
| MARC HODGE, C/O BAYLOR, | ) | |
| C/O GIVENS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Stay filed by Plaintiff, Vance White, on September 8, 2014 (Doc. 93).   The Motion is **GRANTED**.

Plaintiff seeks a stay of the deadline to file an amended complaint, which was extended to September 2, 2014 (Doc. 72) because of recent events that include his transfer to the Kane County Jail as a result of a federal indictment.   He states that he does not have access to his legal materials related to this case and that he has not been receiving various documents filed by Defendants and their responses to his first set of interrogatories.

It has come to the Court's attention that Plaintiff currently is facing federal charges in the District Court for the Northern District of Illinois and that a status conference in that criminal case is scheduled for late October, 2014.   It is unclear when Plaintiff will be returned to the custody of the Illinois Department of Corrections.   It is accordingly unclear when an evidentiary hearing, in order to consider the two pending motions in this case, one for injunctive relief filed by Plaintiff and one for summary judgment on the issue of exhaustion filed by Defendants, can be held.

This matter is therefore **STAYED** in its entirety.   All deadlines and hearings are hereby **VACATED** including the evidentiary hearing set for September 26, 2014 and the deadline for any discovery responses.   Plaintiff may inform the Court with a written notice if he is returned to IDOC custody.   Defendants are **ORDERED** to file a status report by **December 2, 2014** indicating the status of Plaintiff's criminal case and when he may be transferred back to IDOC custody.

The Clerk of Court is **DIRECTED** to mail to Plaintiff, along with a copy of this Order, the docket sheet in this matter – if Plaintiff has not received any documents listed in the docket sheet, he shall file a motion requesting those documents upon lifting of the stay.

**IT IS SO ORDERED.**

**DATED: September 24, 2014**

**DONALD G. WILKERSON**
**United States Magistrate Judge**