IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VANCE WHITE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-1212-NJR-DGW |
| ) | |
| MARC HODGE, C/O BAYLOR, and C/O ) | |
| GIVENS, ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

    Now pending before the Court is the Motion to Compel filed by Defendants on August 26, 2016 (Doc. 121). The Motion is **GRANTED**.

    On August 26, 2016, Defendants attempted to take the deposition of Plaintiff at his place of incarceration, the Metropolitan Correctional Center in Chicago, Illinois. After 45 minutes of questioning, Plaintiff refused to answer any further questions, in part because he believed that he did not get notice of the deposition.[1] Federal Rule of Civil Procedure 30 permits the taking of a deposition and provides for only limited circumstances in which a deponent can refuse to answer. These circumstances include when it is "necessary to preserve a privilege, to enforce a limitation ordered by the court, or to present a motion under Rule 30(d)(3)." FED.R.CIV.P. 30(c)(3). None of these circumstances are present in this matter. Defendants are accordingly granted leave to re-depose Plaintiff and the discovery deadline is extended to **November 4, 2016** for this sole purpose. In addition, the dispositive motion filing deadline is extended to **December 1, 2016**. It is unlikely that these deadlines will be extended.

---

[1] Defendants have not provided the notice of deposition to the Court. The Court assumes, however, that as officers of the Court, Defendants have complied with Federal Rule of Civil Procedure 30(b).

Plaintiff is **WARNED** that the failure to sit for and answer questions at his deposition **SHALL** result in sanctions including but not limited to monetary sanctions, the striking of his testimony and any affidavits used to support his claims, and/or dismissal of this matter with prejudice. FED.R.CIV.P. 30(d)(2), 37(b). Defendants are entitled to depose Plaintiff for a period of at least seven (7) hours and they are entitled to answers to their questions regardless of whether Plaintiff believes they are "one-sided."

**DATED: September 9, 2016**

                                                **DONALD G. WILKERSON**
                                                **United States Magistrate Judge**